UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR COMPARINI,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>LINDA SANDERS, et al.,<br><br>　　　　　Defendants. | Case No. WD CV 09-9537-PSG (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

    DATED:　　　　May 17, 2011　　　　　.

*[signature]*

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd